Cornelius McBride, to use, etc., *v.* Sol. Kilgore et al.

Justices' Courts. *Practice. Execution of writings denied by affidavit.*
  A defendant wishing to deny the execution of a written instrument sued on in a justice's court must, under our statutes, file a statement of his denial, verified by oath. Section 683 of the Code of 1871 applies to suits in justices' courts as well as those in Circuit, Courts.

Error to the Circuit Court of Clay County.
Hon. J. M. Arnold, Judge.

This action was brought in a justice's court, upon a promissory note. Judgment was rendered for the plaintiff, and an appeal was taken to the Circuit Court. There were no written pleadings in the case, but in the trial the plaintiff stated his case, and the defendants their defense, orally. The defendants denied the execution of the note sued on, and one of them was introduced as a witness, and testified that he did not execute the note or authorize any person to execute it for him. To the admission of this testimony the plaintiff objected. The court overruled the objection, and the plaintiff excepted.

The verdict was for the defendants, and the plaintiff sued out a writ of error.

*Fred. Beall*, for the plaintiff in error.

1. It was not competent for the defendants to introduce testimony impeaching the execution of the note sued on, without having first denied its execution by affidavit, or special plea verified by oath. Code 1871, sec. 683; *Thornton* v. *Alliston*, 12 Smed. & M. 124; *Sumpter* v. *Geron*, 4 How. 263; *Prewitt* v. *Bennett*, 7 Smed. & M. 101.

2. Section 683 of the Code of 1871 applies to justices' courts as well as to Circuit Courts. Code 1871, sec. 630.

*White & Bradshaw*, for the defendants in error.

If the case had originated in the Circuit Court, the execution of the note must have been denied by special plea, under oath. But the Code provides that appeals from justices' courts shall be tried *de novo*, without pleadings in writing. Rev. Code 1871, sec. 1334.

CAMPBELL, J., delivered the opinion of the court.

Although there are not formal pleadings in the justices' courts, the defendant, in a suit on a written instrument in a justice's court, desiring to deny its execution and put the plaintiff to the proof of it, should file an affidavit or statement, under oath, denying such execution. Section 683 of the Code applies as well to suits before justices of the peace as to those in Circuit Courts. Code, sec. 630.

Judgment reversed and cause remanded for a new trial.